BAUCHETTI, Appellant, v. GORSLINE & SWAN CONST. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department.

May 28, 1913.) Action by Giovanni Bauchetti, as administrator, etc., of Antonio Di Litta, deceased, against the Gorsline & Swan Construction Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.